**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KEVIN MORRIS                                                                                           PLAINTIFF

v.                                          No. 3:10CV00044 JLH

CITY OF WALNUT RIDGE, ARKANSAS;
JOHN LAMB, individually and in his official capacity as
Chief of Police for the City of Walnut Ridge; and
JEFF FRANKS, individually and in his official capacity
as Police Officer for the City of Walnut Ridge                                          DEFENDANTS

**ORDER**

The defendants filed a motion to dismiss the Walnut Ridge Police Department as a defendant in this lawsuit. The Walnut Ridge Police Department is not an entity that can sue or be sued. *See Ketchum v. City of W. Memphis, Ark.*, 974 F.2d 81, 82 (8th Cir. 2002) (finding that departments are not juridical entities but merely departments of city government). Without objection, defendant's motion to dismiss the Walnut Ridge Police Department is GRANTED. Document #9. The Walnut Ridge Police Department is dismissed. The City of Walnut Ridge, John Lamb, and Jeff Franks remain as defendants.

IT IS SO ORDERED this 16th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE