**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KEVIN MORRIS                                                                            PLAINTIFF

v.                                        NO. 3:10CV00044 JLH

CITY OF WALNUT RIDGE, ARKANSAS;
JOHN LAMB; and JEFF FRANKS                                              DEFENDANTS

### ORDER

Presently before the Court is plaintiff's Motion for Continuance of the trial date in this matter. Document #19. Good cause having been shown, the motion is granted, and the trial of this matter previously set for May 2, 2011, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 12th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE