### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

KEVIN MORRIS                                                                PLAINTIFF

v.                          No. 3:10CV00044 JLH

CITY OF WALNUT RIDGE, ARKANSAS;
JOHN LAMB; and JEFF FRANKS                              DEFENDANTS

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Without objection, plaintiff's motion for non-suit is GRANTED. Document #24. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 6th day of July, 2011.

 

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE